## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theodious Ellington <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-14571 JFK |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner , Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734