# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14571-MDC

THEODIOUS  ELLINGTON

1711 N. 25TH STREET

PHILADELPHIA, PA 19121

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    THEODIOUS  ELLINGTON

    1711 N. 25TH STREET

    PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 5/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee