## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 17-14571-MDC |
| | ) | |
| THEODIOUS ELLINGTON, | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | **HEARING DATE:** |
| | ) | Tuesday, July 17, 2018 |
| | ) | 10:30 a.m. |
| THEODIOUS ELLINGTON, | ) | |
| Movant | ) | **LOCATION:** |
| v. | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| EXETER FINANCE, LLC, | ) | Courtroom #2 |
| Respondent | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |

### STIPULATION

COME NOW, this 13th day of September, 2018, *Theodious Ellington*, through Debtor's attorney, *Georgette Miller, Esquire*, and Exeter Finance, LLC ("Exeter") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the filed Motion to Determine Value:

WHEREAS the Debtor owns a 2012 NISSAN Rogue-4 Cyl. Utility 4D S AWD, V.I.N. JN8AS5MV3CW416700 ("vehicle"); and

WHEREAS Exeter has a lien on the vehicle; and

WHEREAS the Debtor has filed Motion to Determine Value with respect to the vehicle; and

WHEREAS Exeter has filed a Response to the Motion; and

WHEREAS the Debtor and Exeter seek to resolve the Motion to Determine Value; it is hereby stipulated and agreed that:

1. The value of the 2012 NISSAN Rogue-4 Cyl. Utility 4D S AWD to be paid through the Plan is $5,000.00.

2. The interest rate for treatment of the claim related to the vehicle shall be determined with the resolution of Exeter's Objection to Confirmation.

3. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

4. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

/s/ Jason Brett Schwartz    8/28/18
Jason Brett Schwartz, Esquire
Attorney for Exeter
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

/s/ Georgette Miller
Georgette Miller, Esquire
Attorney for the Debtor
Law Office of Georgette
Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045
(856) 323-1100

9/7/18
William C. Miller, Trustee    NO POSITION
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

*without prejudice to any trustee rights or remedies

SO ORDERED
BY THE COURT:

Magdeline D. Coleman
U.S. Bankruptcy Judge