United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theodious Ellington  
     Debtor

Case No. 17-14571-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Sep 13, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db         +Theodious Ellington,    1711 N. 25th Street,    Philadelphia, PA 19121-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
         GEORGETTE MILLER    on behalf of Debtor Theodious Ellington info@georgettemillerlaw.com,  
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance LLC jschwartz@mesterschwartz.com,  
          jottinger@mesterschwartz.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 17-14571-MDC |
| | ) | |
| THEODIOUS ELLINGTON, | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | **HEARING DATE:** |
| | ) | Tuesday, July 17, 2018 |
| | ) | 10:30 a.m. |
| THEODIOUS ELLINGTON, | ) | |
| Movant | ) | **LOCATION:** |
| v. | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| EXETER FINANCE, LLC, | ) | Courtroom #2 |
| Respondent | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |

## STIPULATION

COME NOW, this 13th day of September, 2018, *Theodious Ellington*, through Debtor's attorney, *Georgette Miller, Esquire*, and Exeter Finance, LLC ("Exeter") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the filed Motion to Determine Value:

WHEREAS the Debtor owns a 2012 NISSAN Rogue-4 Cyl. Utility 4D S AWD, V.I.N. JN8AS5MV3CW416700 ("vehicle"); and

WHEREAS Exeter has a lien on the vehicle; and

WHEREAS the Debtor has filed Motion to Determine Value with respect to the vehicle; and

WHEREAS Exeter has filed a Response to the Motion; and

WHEREAS the Debtor and Exeter seek to resolve the Motion to Determine Value; it is hereby stipulated and agreed that:

1. The value of the 2012 NISSAN Rogue-4 Cyl. Utility 4D S AWD to be paid through the Plan is $5,000.00.

2. The interest rate for treatment of the claim related to the vehicle shall be determined with the resolution of Exeter's Objection to Confirmation.

3. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

4. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

/s/ Jason Brett Schwartz    8/28/18
Jason Brett Schwartz, Esquire
Attorney for Exeter
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

9/7/18
William C. Miller, Trustee   NO POSITION
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

/s/ Georgette Miller
Georgette Miller, Esquire
Attorney for the Debtor
Law Office of Georgette
Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045
(856) 323-1100

*without prejudice to any trustee rights or remedies

SO ORDERED
BY THE COURT:

Magdeline D. Coleman
U.S. Bankruptcy Judge