United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 17-14571-mdc
Theodious Ellington                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD              Page 1 of 2            Date Rcvd: Jul 26, 2019
                              Form ID: pdf900           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
```
db             #+Theodious Ellington,    1711 N. 25th Street,    Philadelphia, PA 19121-2903
13947179       #+Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13947181        +Complete Collection Service,    4833 N Dixie Hwy,    Oakland Park, FL 33334-3928
13947182        +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike  Ste 113e,
                 Syosset, NY 11791-4401
13947183         Directv,   PO BOX 5007,    Carol Stream, IL 60197-5007
13995335        +FORTIVA,   PO BOX 105555,    ATLANTA, GA 30348-5555
13947186        +Fortiva/Atlanticus,    Po Box 10555,    Atlanta, GA 30310-0555
13965011        +Matteo S.,   Weiner, Esquire,    KML Law Group, P.C.,    Atty for U.S. Bank National Assoc.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13995382         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Midland Credit,
                 Management, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13947188        +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13947192        +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
13947193        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 27 2019 02:37:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2019 02:36:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2019 02:37:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 02:42:50     Exeter Finance LLC,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 02:41:41     Exeter Finance LLC,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 02:56:47     Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13947178       +E-mail/Text: g20956@att.com Jul 27 2019 02:37:38     AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
14014138       +E-mail/Text: g20956@att.com Jul 27 2019 02:37:38     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13947177       +E-mail/Text: bnc-applied@quantum3group.com Jul 27 2019 02:37:01     Applied Card Bank,
                 Po Box 5165,    400 White Clay Center Dr,    Newark, DE 19711-5468
14014990        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2019 02:41:45
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13978661       +E-mail/Text: bnc@atlasacq.com Jul 27 2019 02:36:07     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303,    Attn: Avi Schild
13978169       +E-mail/Text: bnc@atlasacq.com Jul 27 2019 02:36:06     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13954071       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 02:41:41
                 Attn: Exeter Finance LLC Department,    Ascension Capital Group,    Account: XXXXX2993,
                 P.O. Box 165028,    Irving, TX 75016-5028
13947180        E-mail/Text: megan.harper@phila.gov Jul 27 2019 02:37:30     City of Philadelphia,
                 Department of Revenue,    Tax Revenue Bureau,    P.O. Box 8409,    Philadelphia, PA 19101-8409
13947184       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 27 2019 02:41:42     Exeter Finance Corp,
                 Po Box 166008,    Irving, TX 75016-6008
14016223       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 02:42:50     Exeter Finance LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
14342013       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 02:42:15
                 Exeter Finance LLC c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13947185       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 27 2019 02:37:39     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14014855        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2019 02:41:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13995383        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2019 02:42:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13947187       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2019 02:36:47     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
13948894       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 02:56:11     Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948777       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 02:42:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13947190       +E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2019 02:37:48
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0313-2          User: TashaD              Page 2 of 2               Date Rcvd: Jul 26, 2019
                              Form ID: pdf900           Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13947191        +E-mail/Text: bankruptcy@sw-credit.com Jul 27 2019 02:36:48      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
14017752         E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2019 02:37:48
                 U.S. Bank National Association, et al,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
14011767*       +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13947189       ##+Security Check,   2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
```
          GEORGETTE   MILLER    on behalf of Debtor Theodious  Ellington info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance LLC jschwartz@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
           trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Theodious Ellington | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 17-14571 |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 3/20/2019
7/25/2019

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge