**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Theodious Ellington | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 17-14571 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>October 1, 2019</u> as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  October 21, 2019                                                  */s/ Georgette Miller*
                                                                                             Georgette Miller
                                                                                             Law Offices of Georgette Miller Esq., P.C
                                                                                             335 Evesham Avenue
                                                                                             Lawnside, NJ 08045
                                                                                             856-323-1100
                                                                                             Bar I.D. 86358
                                                                                             Attorney for Debtor(s)

{00357036;v1}