United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Theodious Ellington
        Debtor

Case No. 17-14571-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR          Page 1 of 1          Date Rcvd: Oct 31, 2019
                             Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db              #+Theodious Ellington,    1711 N. 25th Street,    Philadelphia, PA 19121-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bnc@atlasacq.com Nov 01 2019 03:14:24    Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 01 2019 03:16:33      Exeter Finance LLC,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 01 2019 03:16:33      Exeter Finance LLC,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 03:16:48      Orion (VERIZON),
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              GEORGETTE  MILLER   on behalf of Debtor Theodious  Ellington info@georgettemillerlaw.com,
              georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
              rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
              llerlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance LLC jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
              for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1
              bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
              for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, as indenture
              trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC
              bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Theodious Ellington                          CHAPTER 13

DEBTOR(S)                          BANKRUPTCY NO: 17-14571

### ORDER TO ALLOW COUNSEL FEES

      **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of 4,000.00 and $1695.00 in expenses.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:  October 30, 2019

cc:    William Miller, Esq.
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       US Trustee's Office
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Theodious Ellington
       2316 Green Street
       Harrisburg, PA 17110

{00357038;v1}